U.S. Department of ...  P.01/01

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

# MEMO ENDORSED

September 3, 2008

*9/3/08*
*Matter adj to 10/8/08 at 9:30*
*Time Excluded through 10/8*
*in the interest of justice*

*Colleen McMahon*

BY FACSIMILE: (212) 805-6326
The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Marino Collazo and Gersain Moreno-Ortiz
      08 Cr. 436 (CM)

Dear Judge McMahon:

The Government respectfully submits this letter, after speaking with Your Honor's Deputy, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for September 4, 2008 to October 8, 2008, at 9:30 a.m.

The Government also respectfully requests that time be excluded for purposes of the Speedy Trial Act from September 4, 2008 through October 8, 2008. The Government makes this request, with the consent of defense counsel, to permit the Government and the defense to pursue discussions regarding a possible disposition without the need for trial, and to provide the defense with an opportunity to review discovery.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Eugene Ingoglia/ Jenna Dabbs
Assistant U.S. Attorneys
(212) 637-1113 / 2937

cc:   Lee Ginsberg, Esq. (counsel for Marino Collazo) (212) 962-9696 fax
      Paul Testaverde, Esq. (counsel for Gersain Moreno-Ortiz) (718) 779-3306 fax